**Opinion issued May 22, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00859-CV

———————————

## KENDRICK EDWARDS, Appellant

## V.

## JUAN GARZARON, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1034860**

---

## MEMORANDUM OPINION

On October 4, 2013, appellant, Kendrick Edwards, filed his notice of appeal from a trial court judgment signed on September 5, 2013. *See* TEX. R. APP. P. 26.1.

On October 15, 2013, cross-appellant, Juan Garzaron, filed his notice of appeal

from the September 5, 2013 judgment. *See* TEX. R. APP. P. 26.1(d). Because the appellate record was complete on November 6, 2013, appellant's and cross-appellant's briefs were due on December 6, 2013. *See* TEX. R. APP. P. 34.1, 38.6(a). After this Court granted cross-appellant's motions for extension of time to file cross-appellant's brief, his brief was due on February 7, 2014. Appellant and cross-appellant have failed to timely file their briefs. *See* TEX. R. APP. P. 38.6(a), 38.8(a). After being notified that this appeal was subject to dismissal, neither appellant nor cross-appellant adequately responded. *See* TEX. R. APP. P. 42.3(b).

Accordingly, we dismiss the appellant's and cross-appellant's appeals for want of prosecution for failure to timely file appellant's and cross-appellant's briefs. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.